# EXHIBIT B



ENTERED
02/12/2015

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## MCALLEN DIVISION

| | | |
|---|---|---|
| IN RE:<br>**JAMES HOWARD MAPLES; fdba**<br>**GLOBAL TOURS & CHARTERS**, *et al*<br>  Debtor(s) | § § § § § § | **CASE NO: 05-70128**<br><br>**CHAPTER 11** |
| **JAMES HOWARD MAPLES**, *et al*<br>  Plaintiff(s)<br><br>VS.<br><br>**JOHNNY PARTAIN**, *et al*<br>  Defendant(s) | § § § § § § § § | **ADVERSARY NO. 05-7009** |

## ORDER REOPENING ADVERSARY PROCEEDING

1. This adversary proceeding is reopened for the purpose of enforcing the Court's judgment and orders.

2. The Estate of James Maples is authorized to file a motion seeking to hold Johnny Partain in civil contempt.

3. If the Estate files such a motion prior to February 18, 2015, the motion must be calendared for a hearing at the United States Courthouse in McAllen, Texas at 9:00 a.m. on March 24, 2015.

4. The motion, and a notice of the March 24th hearing, must be served by the Maples Estate on Mr. Partain. A certificate of service must be filed.

5. Mr. Partain may file an answer to any motion for contempt, with the answer to be filed not later than 7 days before the hearing.

6. The burden of proof at the hearing will be on the Maples Estate.

7. Exhibit and witness lists must be filed not later than March 20, 2014 at noon, with service on the opposing party to be done by email or hand delivery by that deadline.

SIGNED **February 11, 2015.**

_____
Marvin Isgur
UNITED STATES BANKRUPTCY JUDGE

1 / 1